**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:22-CV-60113-BLOOM/VALLE**

**TREVOR HOLDEN,**
individually and on behalf of all
others similarly situated,

       Plaintiff,

  v.

**AMERICAN DATABANK, LLC,**

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     Plaintiff Trevor Holden and Defendant American Databank, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees. Plaintiff's individual claims are dismissed with prejudice.

Dated: February 28, 2022

| | |
|---|---|
| */s/Michael Eisenband*<br>Michael Eisenband<br>Email: MEisenband@Eisenbandlaw.com<br>**EISENBAND LAW, P.A.**<br>515 E. Las Olas Boulevard, Suite 120 Ft.<br>Lauderdale, FL 33301<br>Telephone: 954.533.4092<br><br>***Counsel for Plaintiff*** | */s/ Crystal Lopez*<br> Crystal Lopez<br>(admitted pro hac vice)<br>Email: eclopez@mintz.com<br>**MINTZ, LEVIN, COHN, FERRIS,**<br>**GLOVSKY AND POPEO, P.C.**<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>Telephone: (310) 586-3200<br>Facsimile: (310) 586-3202<br><br>ELAINE M. RICE,<br>FBN 549975<br>ERice@jclaw.com<br>**JOHNSON, CASSIDY, NEWLON &**<br>**DECORT, P.A.**<br>2802 N. Howard Avenue Tampa,<br>Florida 33607<br>Telephone: (813) 291-3957<br>Facsimile: (813) 320-1656<br><br>*Counsel for Defendant* |